THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MATTHEW T. TRUMPBOUR, Appellant.

(Argued October 3, 1892; decided October 25, 1892.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 3, 1892, which denied a motion to dismiss an appeal from a judgment in favor of defendant sustaining a demurrer.

*David M. De Witt* for appellant.

*Augustus Schoonmaker* and *J. N. Vanderlyn* for respondent.

Agree to affirm on opinion below.
All concur, except MAYNARD, J., not sitting.
Order affirmed.